UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WARNER BROS. ENTERTAINMENT
INC.,

        Plaintiff,

v.                                                                    Case No. 6:14-cv-1294-Orl-37GJK

STEPHEN WESLEY PHILLIPS; and
SWP OMNIMEDIA, INC.,

        Defendants.

_____

**ORDER**

This cause is before the Court on the following:

1.      Plaintiff's Amended Motion for Final Default Judgment and Related Orders

Against Defendants Stephen Wesley Phillips and SWP Omnimedia, Inc. in

Response to Court's December 31, 2014 Order (Doc. 18), filed January 16,

2015; and

2.      U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation

(Doc. 20), filed April 30, 2015.

Plaintiff initiated this action based on Defendants'[1] alleged infringement of

Plaintiff's Dallas and Southfork trademarks (the "Trademarks"). (Doc. 1.) When

Defendants failed to respond or answer, Plaintiff requested a clerk's default (Doc. 12),

---

[1] The caption of the case on the CM/ECF docket includes www.facebook.com/ewingoilco as an individual Defendant. The Court presumes this was entered in error, as Plaintiff names only two Defendants—Stephen Wesley Phillips and SWP Omnimedia, Inc.—in his Complaint. (*See* Doc. 1.) Indeed, Plaintiff refers to Defendant Stephen Wesley Phillips as "a controlling force in the operation of," *inter alia*, www.facebook.com/ewingoilco (*id.* ¶ 6), and the caption of Plaintiff's Complaint names Defendant Stephen Wesley Phillips as "d/b/a . . . www.facebook.ewingoilco" (*see id.*).

Case 6:14-cv-01294-RBD-GJK   Document 21   Filed 07/28/15   Page 2 of 4 PageID 330

which was granted (Docs. 13, 14). Plaintiff then moved for entry of a final default judgment and a preliminary injunction (Doc. 18 ("Motion"); *see also* Doc. 19), and the Motion was referred to U.S. Magistrate Judge Gregory J. Kelly, who issued his Report and Recommendation on April 30, 2015 (Doc. 20 ("R&R").) No objections have been filed, and the deadline for filing objections has passed.

After a proper referral of a matter for issuance of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), and absent timely-filed written objections, the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see Ernest S. ex rel. Jeffrey S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990).

Absent objections, and upon consideration, the Court finds that Magistrate Judge Kelly's thorough, comprehensive, and well-reasoned R&R is due to be adopted and confirmed.

## CONCLUSION

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1.    U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2.    Plaintiff's Amended Motion for Final Default Judgment and Related Orders Against Defendants Stephen Wesley Phillips and SWP Omnimedia, Inc. in Response to Court's December 31, 2014 Order (Doc. 18) is **GRANTED** in accordance with the Report and Recommendation (Doc. 20).

3.    The Clerk is **DIRECTED** to **STRIKE** www.facebook.com/ewingoilco from the caption of the case on CM/ECF.

4.  Plaintiff is the owner of the distinctive Trademarks. The registrations are valid and subsisting and are conclusive proof of Plaintiff's rights to the Trademarks. Additionally, Plaintiff is the owner of the names, logos, characters, and related indicia of the Dallas television series, including but not limited to the characters—J.R. Ewing, Bobby Ewing, Miss Ellie, Jock, the Ewing family—the fictional oil development company, Ewing Oil, and the Ewing family home, Southfork (the "Dallas Properties"). The Trademarks and the Dallas properties will collectively be referred to as the "Plaintiff's Properties."

5.  Defendants are liable for infringement of Plaintiff's Trademarks. (*See* Doc. 19-2.)

6.  Plaintiff is entitled to entry of a permanent injunction against Defendants pursuant to Federal Rule of Civil Procedure 65 and 17 U.S.C. §§ 502(a) and 503(b), and the Court will issue the injunction in a separate Order.

7.  The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $75,000.00 pursuant to 15 U.S.C. § 1117(d), upon which execution may issue.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 28, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Defendants Stephen Wesley Phillips and SWP Omnimedia, Inc.